# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| PRESTON A. MCCORD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 16-310C<br>(Filed: January 29, 2020) |
| THE UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) ) ) ) | |

**ORDER**

    Pursuant to the December 14, 2019 decision of the United States Court of Appeals for the Federal Circuit, the Clerk is directed to enter judgment in Plaintiff's favor in the amount of $4,760.97.

    **IT IS SO ORDERED.**

    s/ Elaine D. Kaplan
    ELAINE D. KAPLAN
    Judge